# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Swaranjit Kaur Sidhu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services

**CV 08    0817**    EDL

TO: (Name and address of defendant)

Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services
425 I Street, Washington, D.C. 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Kaufman, Esq.
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765

an answer to the complaint which is herewith served upon you, within  60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  FEB 5 2008

HELEN C. ALMACEN

(BY) DEPUTY CLERK