JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

　　　450 Golden Gate Avenue, Box 36055
　　　San Francisco, California 94102-3495
　　　Telephone: (415) 436-6730
　　　FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| SWARANJIT KAUR SIDHU, | ) | No. C 08-0817 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMILIO GONZALEZ, Director, U.S. | ) | STIPULATION TO DISMISS; ORDER |
| Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
No. C 08-0817 CW

1    Plaintiff, by and through her attorney of record, and Defendants, by and through their

2    attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3    entitled action without prejudice in light of the fact that the United States Citizenship and

4    Immigration Services has reaffirmed the visa petition at issue, and the case is now moot.

5    Each of the parties shall bear their own costs and fees.

6    Dated: March 11, 2008                          Respectfully submitted,

7                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
8

9                                                         /s/
                                                   MELANIE L. PROCTOR[1]
10                                                 Assistant United States Attorney
                                                   Attorneys for Defendants
11

12   Dated: March 11, 2008                               /s/
                                                   JONATHAN KAUFMAN
13                                                 Attorneys for Plaintiff

14                                  **ORDER**

15   Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby

16   TERMINATED, and the Case Management Conference scheduled for May 13, 2008 is hereby

17   VACATED.  The Clerk shall close the file.

18   Date:   3/13/08

19                                                 CLAUDIA WILKEN
                                                   United States District Judge
20

21

22

23

24

25

26

27   _____

28   [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 08-0817 CW                         2